IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| **COREY ANDERSON** | **PLAINTIFF** |
| v. | Civil No. 1:17cv198-HSO-JCG |
| **CROWN LINES AND LOGISTICS, INC., AQUILINO GARCIA, and OOIDA RISK RETENTION GROUP, INC.** | **DEFENDANTS** |

## FINAL JUDGMENT

In accordance with the Court's Order of Dismissal without Prejudice, granting Plaintiff Corey Anderson's Unopposed Motion [14] to Dismiss Complaint without Prejudice,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this civil action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**, this the 9th day of January, 2018.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE